NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEARVALUE, INC. AND RICHARD ALAN HAASE,**
*Plaintiffs-Cross Appellants,*

v.

**PEARL RIVER POLYMERS, INC., POLYCHEMIE, INC., SNF, INC., POLYDYNE, INC., AND SNF HOLDING COMPANY,**
*Defendants-Appellants.*

---

2011-1078, -1100

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 06-CV-0197, Judge Leonard Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Cross Appellants' unopposed motion for extensions of time to file their corrected briefs, until August 29, 20011, and corrected joint appendix, until September 2, 2011,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 2 0 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Arnold Anderson Vickery, Esq.
Gary M. Hoffman, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 0 2011

**JAN HORBALY**
**CLERK**